IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL BURNS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3165 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF BELLEVUE, NEBRASKA, | ) | MEMORANDUM AND ORDER |
| and GARY TROUTMAN, City | ) | |
| Administrator, in his Individual and | ) | |
| Official Capacities, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The defendants' unopposed motion to continue, (filing no. 19), is granted.

2) The discovery and deposition deadline is extended to May 15, 2010.

3) The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is extended to May 31,2010.

4) The parties are advised that if a dispositive motion is filed after the date of this order, the pretrial conference and trial of this case may be continued on the court's own motion.

DATED this 15th day of April, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge