IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL BURNS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3165 |
| | ) | |
| V. | ) | |
| | ) | |
| CITY OF BELLEVUE, | ) | **ORDER** |
| NEBRASKA, and GARY | ) | |
| TROUTMAN, City Administrator, in | ) | |
| his Individual and Official | ) | |
| Capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Michael Burns has filed a motion (filing 30) requesting additional time in which to reply to Defendant's Motion for Summary Judgment (filing 26). I shall grant the motion.

IT IS ORDERED:

1. Plaintiff Michael Burns' motion (filing 30) requesting additional time in which to reply to Defendant's Motion for Summary Judgment (filing 26) is granted;

2. Plaintiff Michael Burns shall file his responsive brief and any evidentiary materials on or before July 28, 2010;

3. The Clerk of the United States District Court for the District of Nebraska shall adjust the court's computerized record-keeping system to change the "response due" date accordingly.

July 22, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge