IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL BURNS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3165 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF BELLEVUE, NEBRASKA, and GARY TROUTMAN, City Administrator, in his Individual and Official Capacities, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) ) | |

On the Court's own motion,

IT IS ORDERED:

1) The Pretrial Conference is changed to Thursday, September 30, 2010 at 9:30 a.m.

2) The ends of justice served by granting the Court's request to change the pretrial conference outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the pretrial conference, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

DATED this 20th day of September, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

DATED this 20th day of September, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*

_____
United States Magistrate Judge